IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,        :

       Plaintiff,

                       Case No. 3:14-cv-217

    v.                    :

JUDGE MARY DONOVAN, *et al.*,         JUDGE WALTER H. RICE

       Defendants.        :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #12);
OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #13);
OVERRULING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT
(DOC. #11)

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael R. Merz, in his September 9, 2015, Report and

Recommendations, Doc. #12, as well as on a thorough *de novo* review of this

Court's file and the applicable law, the Court ADOPTS said judicial filing in its

entirety, and OVERRULES Plaintiff's Motion for Relief from Judgment, Doc. #11.

Plaintiff's Objections to the Report and Recommendations, Doc. #13, are

OVERRULED as baseless.  The May 27, 2015, Report and Recommendations, to

which Plaintiff refers, Doc. #6, discussing the applicability of the *Rooker-Feldman*

doctrine, were withdrawn by notation order on June 5, 2015, and Plaintiff's earlier

Motion for Relief from Judgment, Doc. #5, was stricken from the record, after the

Court discovered that Plaintiff had inadvertently filed that motion in both this case and Case No. 3:14-cv-130.

The above-captioned case was dismissed without prejudice for want of prosecution because Plaintiff never objected to the Order denying his Motion for Leave to Proceed *in forma pauperis*, and never paid the filing fee.  *See* Docs. ##7, 9.  Plaintiff's current Objection to that Order is untimely.  Accordingly, the above-captioned case shall remain terminated on the Court's docket.

Date: September 21, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE